REED ET AL., APPELLANTS, *v.* CITY OF MIAMISBURG, APPELLEE.

[Cite as *Reed v. Miamisburg* (1994), 71 Ohio St.3d 1213.]

(No. 93–1910—Submitted November 29, 1994—Decided December 30, 1994.)

---

*Susco, Hecht & Derose Co., L.P.A.,* and *David P. Hecht,* for appellants.

1214

*Jenks, Surdky & Cowdrey Co., L.P.A.*, *Robert F. Cowdrey* and *Arden Lynn Achenberg*, for appellee.

---

The cause is dismissed, *sua sponte*, as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.

PFEIFER, J., dissenting. I would not have dismissed this case as having been improvidently allowed, but would have heard the case on its merits. I would then have applied to this case my analysis of sovereign immunity as discussed in my concurrence in *Garrett v. Sandusky* (1994), 68 Ohio St.3d 139, 141, 624 N.E.2d 704, 706.